```
                   IN THE UNITED STATES DISTRICT COURT
                    FOR THE MIDDLE DISTRICT OF GEORGIA
                              ATHENS DIVISION
```

| | |
|---|---|
| GEORGE LONNIE BRINKLEY, | * |
| Plaintiff | * |
| vs. | * |
| | CASE NO. 3:09-CV-50 (CDL) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | * |
| | * |
| Defendant | * |

## O R D E R

This matter is before the Court pursuant to a Recommendation by the United States Magistrate Judge entered on February 19, 2010. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the Order of this Court.

IT IS SO ORDERED, this 16th day of March, 2010.

                                        S/Clay D. Land
                                           CLAY D. LAND
                                    UNITED STATES DISTRICT JUDGE